# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANDERSON, BIANCA V. | § | Case No. 16-16258 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/13/2016 . The undersigned trustee was appointed on 02/23/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 53,248.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4,805.00 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---:|
| Leaving a balance on hand of[1] | $ | 48,433.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/01/2017 and the deadline for filing governmental claims was 08/01/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,048.36 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,048.36 , for a total compensation of $ 5,048.36 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/30/2017           By:/s/R. SCOTT ALSTERDA
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No: 16-16258   CAD   Judge: CAROL A. DOYLE
Case Name: ANDERSON, BIANCA V.

Trustee Name: R. SCOTT ALSTERDA
Date Filed (f) or Converted (c): 05/13/16 (f)
341(a) Meeting Date: 02/23/17
Claims Bar Date: 08/01/17

For Period Ending: 11/30/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Kia Sportage 2010 45000 | 5,623.00 | 0.00 | | 0.00 | FA |
| 2. Used Furniture | 100.00 | 0.00 | | 0.00 | FA |
| 3. Misc Electronics (u) | 500.00 | 0.00 | | 0.00 | FA |
| 4. Used clothing and shoes | 100.00 | 0.00 | | 0.00 | FA |
| 5. Misc Jewelry (u) | 250.00 | 0.00 | | 0.00 | FA |
| 6. Park Federal Checking Acct | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2016 Anticipated Tax Refund (u) | 581.00 | 0.00 | | 0.00 | FA |
| 8. Employment Discrimination Case (u) | 53,248.00 | 53,248.00 | | 53,248.00 | FA |

TOTALS (Excluding Unknown Values)   $60,402.00   $53,248.00         $53,248.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/15/17   Current Projected Date of Final Report (TFR): 12/15/17

LFORM1   UST Form 101-7-TFR (5/1/2011) (Page: 3)

Ver: 20.00e

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Page: 1

| Case No: | 16-16258 -CAD | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- |
| Case Name: | ANDERSON, BIANCA V. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2846 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1199 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 11/30/17 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/17 | 8 | Pace Suburban Bus Division of the Regional Transportation Authority 550 West Algonquin Road Arlington Heights, IL 60005 | Settlement Funds [Dkt. 45] | 1249-000 | 53,248.00 | | 53,248.00 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 53,238.00 |
| 09/29/17 | 030001 | United States Treasury Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0148 | 36-7701199 2017 Form 1041 | 2810-000 | | 3,193.00 | 50,045.00 |
| 09/29/17 | 030002 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | 36-7701199 2017 IL-1041-V | 2820-000 | | 1,612.00 | 48,433.00 |

```
                                        COLUMN TOTALS                         53,248.00         4,815.00       48,433.00
                                        Less:  Bank Transfers/CD's                 0.00             0.00
                                    Subtotal                                  53,248.00         4,815.00
                                        Less:  Payments to Debtors                                 0.00
                                    Net                                       53,248.00         4,815.00
                                                                                                   NET            ACCOUNT
                                    TOTAL - ALL ACCOUNTS               NET DEPOSITS       DISBURSEMENTS          BALANCE
                        Checking Account (Non-Interest Earn - *******2846        53,248.00         4,815.00       48,433.00
                                                                              -------------     -------------    -------------
                                                                              53,248.00         4,815.00       48,433.00
                                                                              =========       =========       =========

                                        Page Subtotals                         53,248.00         4,815.00
```

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | |
|---|---|
| Case No: | 16-16258 -CAD |
| Case Name: | ANDERSON, BIANCA V. |
| Taxpayer ID No: | *******1199 |
| For Period Ending: | 11/30/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2846 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) (Excludes Account Transfers) | Disbursements ($) (Excludes Payments To Debtors) | Account / CD Balance ($) Total Funds On Hand |

Trustee's Signature:    /s/   R. SCOTT ALSTERDA   Date: 11/30/17
R. SCOTT ALSTERDA

Page Subtotals      0.00      0.00

Exhibit C: - Analysis of Claims Register
Case 16-16258-CAD ANDERSON, BIANCA V.

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Ch. 7 Admin Claims** | | | | | | | | |
| | | | R. Scott Alsterda<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602-4283 | 5,048.36 | 5,048.36 | 0.00 | 5,048.36 | 5,048.36 |
| | | | <2100 Trustee Compensation> | | | | | |
| | | | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | 7,225.50 | 7,225.50 | 0.00 | 7,225.50 | 7,225.50 |
| | | | <3110-00 Attorney for Trustee Fees (Trustee> | | | | | |
| | | | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | 60.20 | 60.20 | 0.00 | 60.20 | 60.20 |
| | | | <3120-00 Attorney for Trustee Expenses (Trus> | | | | | |
| | | | Kutchins, Robbins & Diamond, Ltd.<br>c/o Lois West<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | 1,300.50 | 1,300.50 | 0.00 | 1,300.50 | 1,300.50 |
| | | | <3410-00 Accountant for Trustee Fees (Other> | | | | | |
| | Total for Priority | | 100.00 % Paid | 13,634.56 | 13,634.56 | 0.00 | 13,634.56 | 13,634.56 |
| | | | Total for Ch. 7 Admin Claims | 13,634.56 | 13,634.56 | 0.00 | 13,634.56 | 13,634.56 |
| **Priority Claims** | | | | | | | | |
| 000001A | 05/25/16 | 040 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | 533.68 | 533.68 | 0.00 | 533.68 | 533.68 |
| | | | <5800-00 Claims of Governmental Units - 507(> | | | | | |
| 000004A | 10/28/16 | 040 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | 510.16 | 510.16 | 0.00 | 510.16 | 510.16 |
| | | | <5800-00 Claims of Governmental Units - 507(> | | | | | |
| | Total for Priority 040 | | 100.00 % Paid | 1,043.84 | 1,043.84 | 0.00 | 1,043.84 | 1,043.84 |
| | | | Total for Priority Claims | 1,043.84 | 1,043.84 | 0.00 | 1,043.84 | 1,043.84 |
| **Unsecured Claims** | | | | | | | | |
| 000002 | 06/03/16 | 070 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | 3,150.18 | 3,150.18 | 0.00 | 3,150.18 | 3,150.18 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 000003 | 07/19/16 | 070 | MIDLAND FUNDING LLC<br>Midland Credit Management Inc agent<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | 2,363.97 | 2,363.97 | 0.00 | 2,363.97 | 2,363.97 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 000001B | | 070 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7300-00 Fines, Penalties 726(a)(4)> | 5.31 | 5.31 | 0.00 | 5.31 | 5.31 |
| 000004B | | 070 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035<br><7300-00 Fines, Penalties 726(a)(4)> | 53.16 | 53.16 | 0.00 | 53.16 | 53.16 |
| 000006 | | 070 | Hall-Jackson & Associates, PC<br>166 W. Washington Street<br>Suite 275<br>Chicago, IL 60602<br><7200-00 Tardy General Unsecured 726(a)(3)> | 17,731.58 | 17,731.58 | 0.00 | 17,731.58 | 17,731.58 |
| | | 070 | BIANCA V. ANDERSON<br>2919 W 60TH ST<br>CHICAGO, IL 60629<br><8200-00 Surplus Funds Paid to Debtor> | 0.00 | 10,264.42 | 0.00 | 10,264.42 | 10,264.42 |
| | Total for Priority 070 100.00 % Paid | | | 23,304.20 | 33,568.62 | 0.00 | 33,568.62 | 33,568.62 |
| | | | Total for Unsecured Claims | 23,304.20 | 33,568.62 | 0.00 | 33,568.62 | 33,568.62 |

**Interest Claims**

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 000001Ai | 05/25/16 | 070 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00 Claims of Governmental Units - 507(> | 0.00 | 4.08 | 0.00 | 4.08 | 4.08 |
| 000004Ai | 10/28/16 | 070 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035<br><5800-00 Claims of Governmental Units - 507(> | 0.00 | 3.90 | 0.00 | 3.90 | 3.90 |
| 000002i | 06/03/16 | 070 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured 726(a)(2)> | 0.00 | 24.06 | 0.00 | 24.06 | 24.06 |
| 000003i | 07/19/16 | 070 | MIDLAND FUNDING LLC<br>Midland Credit Management Inc agent<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090<br><7100-00 General Unsecured 726(a)(2)> | 0.00 | 18.06 | 0.00 | 18.06 | 18.06 |
| 000001Bi | | 070 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7300-00 Fines, Penalties 726(a)(4)> | 0.00 | 0.04 | 0.00 | 0.04 | 0.04 |
| 000004Bi | | 070 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035<br><7300-00 Fines, Penalties 726(a)(4)> | 0.00 | 0.41 | 0.00 | 0.41 | 0.41 |

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 000006i | | 070 | Hall-Jackson & Associates, PC<br>166 W. Washington Street<br>Suite 275<br>Chicago, IL 60602<br><br><7200-00 Tardy General Unsecured 726(a)(3)> | 0.00 | 135.43 | 0.00 | 135.43 | 135.43 |
| | Total for Priority 070 100.00 % Paid | | | 0.00 | 185.98 | 0.00 | 185.98 | 185.98 |
| | | | Total for Interest Claims | 0.00 | 185.98 | 0.00 | 185.98 | 185.98 |
| | | | Total for Case: | 37,982.60 | 48,433.00 | 0.00 | 48,433.00 | 48,433.00 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-16258
Case Name: ANDERSON, BIANCA V.
Trustee Name: R. SCOTT ALSTERDA

Balance on hand                                                                  $           48,433.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 5,048.36 | $ 0.00 | $ 5,048.36 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 7,225.50 | $ 0.00 | $ 7,225.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 60.20 | $ 0.00 | $ 60.20 |
| Accountant for Trustee Fees: Kutchins, Robbins & Diamond, Ltd. | $ 1,300.50 | $ 0.00 | $ 1,300.50 |
| Other: Illinois Department of Revenue | $ 1,612.00 | $ 1,612.00 | $ 0.00 |
| Other: United States Treasury | $ 3,193.00 | $ 3,193.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses                $           13,634.56

Remaining Balance                                                     $           34,798.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,043.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ 533.68 | $ 0.00 | $ 533.68 |
| 000004A | Illinois Department of Revenue | $ 510.16 | $ 0.00 | $ 510.16 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 1,043.84 |
| Remaining Balance | $ 33,754.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,514.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Capital One Bank (USA), N.A. | $ 3,150.18 | $ 0.00 | $ 3,150.18 |
| 000003 | MIDLAND FUNDING LLC | $ 2,363.97 | $ 0.00 | $ 2,363.97 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 5,514.15 |
| Remaining Balance | $ 28,240.45 |

Tardily filed claims of general (unsecured) creditors totaling $ 17,731.58 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Hall-Jackson & Associates, PC | $ 17,731.58 | $ 0.00 | $ 17,731.58 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 17,731.58 |
| Remaining Balance | $ | 10,508.87 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 58.47 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service | $ 5.31 | $ 0.00 | $ 5.31 |
| 000004B | Illinois Department of Revenue | $ 53.16 | $ 0.00 | $ 53.16 |

| | | |
|---|---|---|
| Total to be paid to subordinated unsecured creditors | $ | 58.47 |
| Remaining Balance | $ | 10,450.40 |

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 185.98 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 10,264.42 .