IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: BIANCA ANDERSON )   CHAPTER 7
)
DEBTOR )   Case No. 16-16258
)
)   HON. CAROL A. DOYLE
)

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:   KUTCHINS, ROBBINS & DIAMOND, LTD.

Authorized to Provide
Professional Services to:   R. SCOTT ALSTERDA, TRUSTEE

Date of Order authorizing Employment: May 24, 2017 - effective as of April 25, 2017

Period for Which
Compensation is Sought: From May 19, 2017 through September 26, 2017

Amount of Fees Sought: $ 1,300.50

Amount of Expense Reimbursement Sought: $0.00

This is an: Interim Application_____   Final Application  X

Previous applications / allowances of this applicant:

Fees Sought: NONE          Fees Allowed: NONE
Costs Sought: NONE         Costs Allowed: NONE

                                        Applicant:

Date: October 10, 2017
                                        By: /s/ Lois West

                                        Lois West, CPA
                                        Certifying Professional

                                        KUTCHINS, ROBBINS & DIAMOND, LTD.
                                        35 E. Wacker Drive, Suite 1550
                                        Chicago, IL 60601-2124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  BIANCA ANDERSON | ) | CASE NO. 16-16258 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | JUDGE CAROL A. DOYLE |
| DEBTOR | ) | |

TO: THE HONORABLE CAROL A. DOYLE
BANKRUPTCY JUDGE

**APPLICATION OF TRUSTEE'S ACCOUNTANT
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Kutchins, Robbins & Diamond, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on May 13, 2016 and this Court on May 24, 2017 authorized the employment of the firm of Kutchins, Robbins & Diamond, Ltd. to serve as accountant for the trustee effective as of April 25, 2017.

2. Applicant requests $ 1,300.50 in compensation for 5.1 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period May 19, 2017 through September 26, 2017.

3. A description of the nature of the services rendered by the Applicant is as follows:

    Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the for the final period ended September 30, 2017 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 5.1 | $255 | $ 1,300.50 |
| Total | 5.1 | | $ 1,300.50 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $1,300.50 for the accounting services rendered in this case and reimbursement of expenses of $0 incurred.

DATE: October 10, 2017                    RESPECTFULLY SUBMITTED,

                                          *Lois West*
                                          Lois West
                                          Certifying Professional
                                          35 E. Wacker Drive
                                          Chicago, IL 60601-2124