UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 16-16258 |
| | ) | Chapter 7 |
| BIANCA V. ANDERSON, | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor. | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that on December 4, 2017, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

**Amy E Donahue**
**Rigoberto Garcia**
**Michael A Miller**                                                    **Bianca V. Anderson**
**Kristen C Wasileski**                                               2919 W 60th St
The Semrad Law Firm, LLC         representing    Chicago, IL 60629
20 S Clark St, Suite 2800                                           biancaanderson@wowway.com
Chicago, IL 60603                                                     *(Debtor 1)*
(312) 754-7001
adonahue@semradlaw.com

and I hereby further certify that on December 4, 2017, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** and **Certificate of Service** to the following non-registered individuals with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

4830-5849-7617.1
079044-000001

**Pace, The Suburban Bus Division of the Regional Transportation Authority**
c/o Christopher P. Lyons
550 West Alqonquin Road
Arlington Heights, IL 60005

**Chiquita Hall-Jackson**
Hall-Jackson & Associates, P.C.
166 W. Washington St., Suite 275
Chicago, IL 60602

**Bianca V. Anderson**
2919 W 60th St
Chicago, IL 60629

**Allstate Insurance**
PO Box 12055
Roanoke, VA 24018

**Allstate Insurance**
1776 American Heritage Life Dr.
Jacksonville, FL 32224

**Capital One**
PO Box 30281
Salt Lake City, UT 84130

**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**CMRE. 877-572-7555**
3075 E. Imperial Hwy.
Brea, CA 92821

**IDOR**
PO Box 64338
Chicago, IL 60664

**Illinois Department of Revenue Bankruptcy Section**
PO Box 19035
Springfield, IL 62794-9035

**IRS 1**
PO Box 7346
Philadelphia, PA 19101

**MIDLAND FUNDING LLC**
Midland Credit Management Inc. agent
Midland Funding LLC
PO Box 2011
Warren, MI 48090

**My Dentist**
2555 W. 79th Street
Chicago, Illinois 60652

**Peoples Energy**
200 East Randolph
Chicago, IL 60601

**Primary Eye Care Associates**
5460 S. Archer Ave
Chicago, IL 60638

**Principal Trust Company**
711 High St
Des Moines, IA 50392

**SYNCB/TJX**
PO Box 965015
Orlando, FL 32896

**Synchrony Bank/Walmart**
PO Box 965024
El Paso, TX 79998

**YMCA of Metropolitan Chicago**
801 N. Dearborn Street
Chicago, IL 60610

Dated: December 4, 2017

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for John James and Daisy James, Debtors

/s/  R. Scott Alsterda
*One of its attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.); (312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com