# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

In re:                                          §
                                                §
ANDERSON, BIANCA V.                             §        Case No. 16-16258
                                                §
            Debtor                              §

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                          Assets Exempt: 7,154.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  24,534.02    Claims Discharged
                                                Without Payment:  14,844.42

Total Expenses of Administration:  18,449.56

3) Total gross receipts of $ 53,248.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,264.42  (see **Exhibit 2**), yielded net receipts of $ 42,983.58  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,644.56 | 18,449.56 | 18,449.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 4,371.76 | 4,371.76 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,252.00 | 1,043.84 | 1,043.84 | 1,043.84 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,742.42 | 23,304.20 | 23,304.20 | 23,490.18 |
| **TOTAL DISBURSEMENTS** | $ 17,994.42 | $ 42,364.36 | $ 47,169.36 | $ 42,983.58 |

4)  This case was originally filed under chapter 13 on  05/13/2016 , and it was converted to chapter 7 on  01/14/2017 .  The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __02/06/2018_____       By:/s/R. SCOTT ALSTERDA_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Employment Discrimination Case | 1249-000 | 53,248.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 53,248.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BIANCA V. ANDERSON | Surplus Funds Paid to Debtor  726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 10,264.42 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 10,264.42** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 5,048.36 | 5,048.36 | 5,048.36 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| UNITED STATES TREASURY | 2810-000 | NA | 0.00 | 3,193.00 | 3,193.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 0.00 | 1,612.00 | 1,612.00 |
| NIXON PEABODY LLP | 3110-000 | NA | 7,225.50 | 7,225.50 | 7,225.50 |
| NIXON PEABODY LLP | 3120-000 | NA | 60.20 | 60.20 | 60.20 |
| KUTCHINS, ROBBINS & DIAMOND LTD. | 3410-000 | NA | 1,300.50 | 1,300.50 | 1,300.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,644.56 | $ 18,449.56 | $ 18,449.56 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE SEMRAD LAW FIRM | 6700-000 | NA | 4,000.00 | 4,000.00 | 0.00 |
| THE SEMRAD LAW FIRM | 6710-000 | NA | 371.76 | 371.76 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 4,371.76 | $ 4,371.76 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDOR PO Box 64338Chicago Illinois 60664 | | 671.00 | NA | NA | 0.00 |
| | IRS 1 PO Box 7346Philadelphia Pennsylvania 19101 | | 581.00 | NA | NA | 0.00 |
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 510.16 | 510.16 | 510.16 |
| 000001A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 533.68 | 533.68 | 533.68 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,252.00 | $ 1,043.84 | $ 1,043.84 | $ 1,043.84 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allstate Insurance P.O. Box 12055Roanoke Virginia 24018 | | 1,350.00 | NA | NA | 0.00 |
| | CMRE. 877-572-7555 3075 E IMPERIAL HWY STEBREA California 92821 | | 50.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PEOPLES ENGY 200 EAST RANDOLPHCHICAGO Illinois 60601 | | 34.00 | NA | NA | 0.00 |
| | Principal Trust Company 711 High StDes Moines Iowa 50392 | | 8,554.42 | NA | NA | 0.00 |
| | SYNCB/TJX PO BOX 965015ORLANDO Florida 32896 | | 761.00 | NA | NA | 0.00 |
| | SYNCB/WALMAR PO BOX 965024EL PASO Texas 79998 | | 2,363.00 | NA | NA | 0.00 |
| | YMCA of Metropolitan Chicago 801 N Dearborn StChicago Illinois 60610 | | 480.00 | NA | NA | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 3,150.00 | 3,150.18 | 3,150.18 | 3,150.18 |
| 000003 | MIDLAND FUNDING LLC | 7100-000 | NA | 2,363.97 | 2,363.97 | 2,363.97 |
| 000006 | CHIQUITA HALL-JACKSON | 7200-000 | NA | 17,731.58 | 17,731.58 | 17,731.58 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | ILLINOIS DEPARTMENT OF REVENUE | 7300-000 | NA | 53.16 | 53.16 | 53.16 |
| 000001B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 5.31 | 5.31 | 5.31 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 24.06 |
| | CHIQUITA HALL-JACKSON | 7990-000 | NA | NA | NA | 135.43 |
| | ILLINOIS DEPARTMENT OF REVENUE | 7990-000 | NA | NA | NA | 4.31 |
| | INTERNAL REVENUE SERVICE | 7990-000 | NA | NA | NA | 4.12 |
| | MIDLAND FUNDING LLC | 7990-000 | NA | NA | NA | 18.06 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,742.42 | $ 23,304.20 | $ 23,304.20 | $ 23,490.18 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

Case No:       16-16258     CAD    Judge: CAROL A. DOYLE

Case Name:     ANDERSON, BIANCA V.

For Period Ending:  02/06/18

Trustee Name:              R. SCOTT ALSTERDA

Date Filed (f) or Converted (c):   01/14/17 (c)

341(a) Meeting Date:       02/23/17

Claims Bar Date:           08/01/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Kia Sportage 2010 45000 | 5,623.00 | 0.00 | | 0.00 | FA |
| 2. Used Furniture | 100.00 | 0.00 | | 0.00 | FA |
| 3. Misc Electronics (u) | 500.00 | 0.00 | | 0.00 | FA |
| 4. Used clothing and shoes | 100.00 | 0.00 | | 0.00 | FA |
| 5. Misc Jewelry (u) | 250.00 | 0.00 | | 0.00 | FA |
| 6. Park Federal Checking Acct | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2016 Anticipated Tax Refund (u) | 581.00 | 0.00 | | 0.00 | FA |
| 8. Employment Discrimination Case (u) | 53,248.00 | 53,248.00 | | 53,248.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $60,402.00        $53,248.00                      $53,248.00              $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/15/17        Current Projected Date of Final Report (TFR): 12/15/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1

Exhibit 9

Case No:        16-16258  -CAD
Case Name:   ANDERSON, BIANCA V.

Trustee Name:                        R. SCOTT ALSTERDA
Bank Name:                           ASSOCIATED BANK
Account Number / CD #:        *******2846  Checking Account (Non-Interest Earn

Taxpayer ID No:    *******1199
For Period Ending:  02/06/18

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/17 | 8 | Pace Suburban Bus Division of the Regional Transportation Authority 550 West Algonquin Road Arlington Heights, IL 60005 | Settlement Funds [Dkt. 45] | 1249-000 | 53,248.00 | | 53,248.00 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 53,238.00 |
| 09/29/17 | 030001 | United States Treasury Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0148 | 36-7701199 2017 Form 1041 | 2810-000 | | 3,193.00 | 50,045.00 |
| 09/29/17 | 030002 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | 36-7701199 2017 IL-1041-V | 2820-000 | | 1,612.00 | 48,433.00 |
| 01/10/18 | 030003 | R. SCOTT ALSTERDA, TRUSTEE 70 WEST MADISON AVENUE SUITE 3500 CHICAGO, IL  60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 5,048.36 | 43,384.64 |
| 01/10/18 | 030004 | Nixon Peabody LLP 70 West Madison Street Suite 3500 Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 7,225.50 | 36,159.14 |
| 01/10/18 | 030005 | Nixon Peabody LLP | Attorney for Trustee Expenses (Trus | 3120-000 | | 60.20 | 36,098.94 |

Page Subtotals          53,248.00          17,149.06

Ver: 20.00g

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-16258  -CAD | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | ANDERSON, BIANCA V. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2846  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1199 | | |
| For Period Ending: | 02/06/18 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | | | | | |
| 01/10/18 | 030006 | Kutchins, Robbins & Diamond, Ltd.<br>c/o Lois West<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 1,300.50 | 34,798.44 |
| 01/10/18 | 030007 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Claim 000001A, Payment 100.76450%<br><br>Claim        533.68<br>Interest         4.08 | <br><br>5800-000<br>7990-000 | | 537.76 | 34,260.68 |
| 01/10/18 | 030008 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | Claim 000004A, Payment 100.76447%<br><br>Claim        510.16<br>Interest         3.90 | <br><br>5800-000<br>7990-000 | | 514.06 | 33,746.62 |
| 01/10/18 | 030009 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 100.76377%<br><br>Claim       3,150.18<br>Interest        24.06 | <br><br>7100-000<br>7990-000 | | 3,174.24 | 30,572.38 |
| 01/10/18 | 030010 | MIDLAND FUNDING LLC | Claim 000003, Payment 100.76397% | | | 2,382.03 | 28,190.35 |

Page Subtotals          0.00          7,908.59

Ver: 20.00g

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2                                                                                            Page:   3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                              Exhibit 9

Case No:          16-16258  -CAD                    Trustee Name:           R. SCOTT ALSTERDA
Case Name:        ANDERSON, BIANCA V.                Bank Name:              ASSOCIATED BANK
                                                     Account Number / CD #:  *******2846 Checking Account (Non-Interest Earn

Taxpayer ID No:   *******1199
For Period Ending: 02/06/18                          Blanket Bond (per case limit):   $  5,000,000.00
                                                     Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Midland Credit Management Inc agent Midland Funding LLC PO Box 2011 Warren, MI 48090 | Claim       2,363.97<br>Interest        18.06 | 7100-000<br>7990-000 | | | |
| 01/10/18 | 030011 | Hall-Jackson & Associates, PC 166 W. Washington Street Suite 275 Chicago, IL 60602 | Claim 000006, Payment 100.76378%<br><br>Claim      17,731.58<br>Interest       135.43 | <br><br>7200-000<br>7990-000 | | 17,867.01 | 10,323.34 |
| 01/10/18 | 030012 | Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317 | Claim 000001B, Payment 100.75330%<br><br>Claim         5.31<br>Interest        0.04 | <br><br>7300-000<br>7990-000 | | 5.35 | 10,317.99 |
| 01/10/18 | 030013 | Illinois Department of Revenue Bankruptcy Section PO Box 19035 Springfield, IL 62794-9035 | Claim 000004B, Payment 100.77126%<br><br>Claim        53.16<br>Interest        0.41 | <br><br>7300-000<br>7990-000 | | 53.57 | 10,264.42 |
| 01/10/18 | 030014 | BIANCA V. ANDERSON 2919 W 60TH ST | Surplus Funds | 8200-002 | | 10,264.42 | 0.00 |

                                                     Page Subtotals              0.00        28,190.35

                                                                              Ver: 20.00g
LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 11)

Page: 4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-16258 -CAD | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | ANDERSON, BIANCA V. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2846 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1199 | | |
| For Period Ending: | 02/06/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60629 | | | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 53,248.00 | 53,248.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 53,248.00 | 53,248.00 | |
| Less: Payments to Debtors | | | 10,264.42 | |
| Net | | 53,248.00 | 42,983.58 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2846 | 53,248.00 | 42,983.58 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 53,248.00 | 42,983.58 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    R. SCOTT ALSTERDA

Trustee's Signature: _____  Date: 02/06/18
                        R. SCOTT ALSTERDA

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 20.00g